# J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Raymond Newberry et al. ) | |
| ) | Case No. |
| Plaintiffs, ) | EDCV 14-2298 JGB (SPx) |
| ) | |
| v. ) | |
| ) | |
| County of San Bernardino ) et al. ) | **JUDGMENT** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, the Motion for Summary Judgment filed by Defendant Jenny Rose Pacini, and the Motion for Summary Judgment filed by Defendants William Brown, Tracy Moreno, and the County of San Bernardino, are hereby GRANTED.

The Court DENIES Defendants' Motion to Dismiss, DENIES Plaintiffs' Motion for Partial Summary Judgment, DENIES Plaintiffs' Motion for Terminating Sanctions, and DENIES Plaintiffs' Motion to Strike.

1

1    Therefore, IT IS ORDERED AND ADJUDGED that

2  Plaintiffs' Second Amended Complaint is DISMISSED WITH

3  PREJUDICE.   The Court orders that such judgment be

4  entered.

5

6

7  Dated:  March 23, 2016

8                                     Jesus G. Bernal
                                  United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28